UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:09-cr-0166-LJM/TAB |
| ) | -02 |
| IRFAN DEMIROVIC, ) | |
| ) | |
| Defendant. | |

**O R D E R**

Upon consideration of the Government's Motion to Dismiss the Indictment, it is this 17th day of July, 2017,

ORDERED that the Motion to Dismiss the Indictment against defendant Irfan Demirovic is hereby GRANTED without prejudice.

IT IS SO ORDERED this 17th day of July, 2017.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

cc:

Josh J. Minkler
United States Attorney
U.S. Attorney's Office
10 W. Market Street - Suite 2100
Indianapolis, IN 46204

Jack Crawford
Crawford & Devane
crawdevlaw@indy.rr.com

United States Probation
United States Marshal Service